# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 526 |
| | : | |
| APPOINTMENT TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 29th day of October, 2020, Stefanie J. Salavantis, Esquire, Luzerne County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of four years, commencing January 1, 2021.